MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-4537
wjohnson@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendants
UNITED AIR LINES, INC.

Additional Counsel Appear on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORISSA A. McDILL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC, VIRGIN ATLANTIC AIRWAYS LIMITED, and UNITED AIR LINES, INC.,<br><br>Defendants. | CASE NO. CV 06-03940-EMC<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT** ; ORDER |

Pursuant to Local Rule 6-1, in light of the transfer motion now pending before the Judicial Panel on Multidistrict Litigation ("JPML") captioned *In re International Air Transportation Surcharge Antitrust Litigation*, MDL Docket No. 1793, Plaintiff Corissa A. McDill ("Plaintiff") and Defendants British Airways Plc,

Virgin Atlantic Airways Limited, and United Air Lines, Inc. (collectively, the "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when the Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion and consolidates each related action in a single court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendants.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the Defendant represented by each such counsel of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph. The above notwithstanding, should any Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

Respectfully submitted,

-2-
STIPULATION PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-03940-EMC

| | | |
|---|---|---|
| 1 | Dated: July 24, 2006 | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH, LLP |
| 2 | | |
| 3 | | /s/ |
| 4 | | Allan Steyer (SBN 100318)<br>D. Scott Macrae (SBN 104663) |
| 5 | | Bryan Kreft (SBN 211839)<br>STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH, LLP |
| 6 | | One California Street, Third Floor<br>San Francisco, CA 94111 |
| 7 | | T: (415) 421-3400<br>F: (415) 421-2234 |
| 8 | | |
| 9 | | *Attorneys for Plaintiff Corissa A. McDill* |
| 10 | Dated: July 24, 2006 | MAYER, BROWN, ROWE & MAW LLP |
| 11 | | /s/ |
| 12 | | Edward D. Johnson (SBN 189475)<br>MAYER, BROWN, ROWE & MAW LLP |
| 13 | | Two Palo Alto Square, Suite 300<br>3000 El Camino Real |
| 14 | | Palo Alto, CA 94306<br>T: (650) 331-2000<br>F: (650) 331-4537 |
| 15 | | |
| 16 | | Richard J. Favretto<br>MAYER, BROWN, ROWE & MAW LLP |
| 17 | | 1909 K Street, NW<br>Washington, DC 20006 |
| 18 | | *Attorneys for Defendant United Air Lines, Inc.* |
| 19 | Dated: July 24, 2006 | SULLIVAN & CROMWELL LLP |
| 20 | | |
| 21 | | /s/<br>Brendan P. Cullen (SBN 194057) |
| 22 | | SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road |
| 23 | | Palo Alto, CA 94303<br>T: (650) 461-5600<br>F: (650) 461-5700 |
| 24 | | |
| 25 | | Daryl A. Libow<br>SULLIVAN & CROMWELL LLP |
| 26 | | 1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 |
| 27 | | *Attorneys for Defendant British Airways Plc* |
| 28 | | -3- |

STIPULATION PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-03940-EMC

| | |
|---|---|
| Dated: July 24, 2006 | SIMPSON THACHER & BARTLETT LLP |
| | /s/ |
| | Harrison J. Frahn (SBN 206822) |
| | SIMPSON THACHER & BARTLETT LLP |
| | 2550 Hanover Street |
| | Palo Alto, CA 94304 |
| | T: (650) 251-5000 |
| | F: (650) 251-5002 |
| | |
| | Charles E. Koob (SBN 47349) |
| | SIMPSON THACHER & BARTLETT LLP |
| | 425 Lexington Avenue |
| | New York, NY 10017 |
| | |
| | *Attorneys for Defendant Virgin Atlantic Airways Limited* |

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Date: August 1, 2006

_____
Honorable Judge Edward M. Chen

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*

-4-
STIPULATION PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-03940-EMC

# PROOF OF SERVICE

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

On July 24, 2006, I served the foregoing document(s) described as **U.S. STIPULATION PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT**

on each interested party, as follows:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Allan Steyer<br>D. Scott Macrae<br>Bryan Kreft<br>STEYER LOWENTHAL<br>BOODROOKAS ALVAREZ<br> & SMITH, LLP<br>One California Street, Third Floor<br>San Francisco, CA 94111 | Brendan P. Cullen<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California 94303 |
| Harrison J. Frahn<br>SIMPSON THACHER &<br>BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, California 94304 | Daryl A. Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 |

-5-
STIPULATION PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-03940-EMC

Charles E. Koob
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 24, 2006, at Palo Alto, California.

/s/<br>Shana M. Ryan

-6-
STIPULATION PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-03940-EMC